**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-6624**

―――――――――――

RANDOLPH MCDOWELL,

       Petitioner - Appellant,

    v.

STATE OF MARYLAND; BALTIMORE CITY CIRCUIT COURT; ATTORNEY
GENERAL OF THE STATE OF MARYLAND,

       Respondents - Appellees.

―――――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Lydia Kay Griggsby, District Judge.  (1:22-cv-01382-LKG)

―――――――――――

Submitted:  December 5, 2024           Decided:  December 10, 2024

―――――――――――

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit
Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Randolph McDowell, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph McDowell seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that McDowell has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny his motion requesting the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2